### 14393. HERBERT *v.* THE STATE.

BLOODWORTH, J. The motion for a new trial was overruled on January 11th; the bill of exceptions was tendered on February 16th, more than twenty days afterwards, and, as this is a criminal case, the writ of error must be     *Dismissed. Broyles, C. J., and Luke, J., concur.*

    DECIDED MAY 15, 1923.

Accusation of possessing liquor; from city court of Thomasville — Judge Hammond. January 11, 1923.

    *W. J. Hammond,* for plaintiff in error.